UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NEW ORLEANS FIRE FIGHTERS' | ) | CIVIL ACTION |
| PENSION & RELIEF FUND AND ITS | ) | |
| WHOLLY OWNED SUBSIDIARY, | ) | NO. 08-1564 |
| FIRE EAGLE, LLC | ) | |
|     **Plaintiff** | ) | SECTION N |
| Versus | ) | |
| | ) | MAG. 2 |
| RICHARD L. BISCHOFF; STEPHEN | ) | |
| W. GURASICH, JR. ; ROBERT H. | ) | |
| WEST; DONALD C. WALDEN; | ) | |
| MORTON L. TOPFER; ALAN | ) | |
| TOPFER; and RICHARD TOPFER | ) | |
|     **Defendants** | ) | |

**FIRE EAGLE'S MOTION TO RECONSIDER
ORDER GRANTING DEFENDANT'S MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Fire Eagle, LLC, ("Fire Eagle"), which submits this Fire Eagle's Motion to Reconsider Order Granting Defendant's Motion to Dismiss for Lack of Personal Jurisdiction for the reasons

1

stated in the Memorandum in Support of Fire Eagle's Motion to Reconsider Order Granting Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

Respectfully submitted,

/S/Richard W. Martinez
_____
**RICHARD W. MARTINEZ**
La. Bar Roll # 17040
Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130
Telephone: (504)525-3343
Facsimile: (504)525-6701
Email: richard@rwmaplc.com
Attorney for Fire Eagle, LLC

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing *Fire Eagle's Motion to Reconsider Order Granting Defendant's Motion to Dismiss for Lack of Personal Jurisdiction* has been served upon counsel for all parties as listed on the attached service list by U.S. Mail and/or electronic delivery this 8th day of April, 2009.

/S/Richard W. Martinez

_____
RICHARD W. MARTINEZ

## **SERVICE LIST**

George C. Freeman, III
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, LA  70112

Roy C. Cheatwood
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170